IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00878-CMA-KLM

UNITED STATES OF AMERICA, *ex rel.*
PRAM NGUYEN,

 Plaintiff,

v.

DENVER INTERNATIONAL AIRPORT, and
CITY AND COUNTY OF DENVER,

 Defendants.

## ORDER REGARDING PARTIAL UNSEALING OF CERTAIN DOCUMENTS

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) (*see* Doc. # 18), the Court rules as follows:

IT IS ORDERED that:

1. The complaint be unsealed and served upon Defendants by the Relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the Relator will serve upon Defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States; and

6. Should the Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED, this __18th__ day of May, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge