-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00878-RBJ-KLM

PRAM NGUYEN,

    Plaintiff,

v.

DENVER INTERNATIONAL AIRPORT, and
CITY AND COUNTY OF DENVER,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Appear at Scheduling Conference by Telephone** [Docket No. 27; Filed October 5, 2011] (the "Motion"). Plaintiff represents that the Motion is unopposed. *See Motion* [#27] at 1.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on October 13, 2011 at 9:30 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated: October 6, 2011